

FILED
CLERK, U.S. DISTRICT COURT

7/6/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>JAMES ALAN MARTINEZ<br>DEFENDANT(S). | CASE NUMBER<br>**5:21-mj-00466**<br>19-CR-01756-LAB-1<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: PROBATION VIOLATION PETITION
in the SOUTHERN District of CALIFORNIA on 7/1/2021
at 3:16 ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about 12/2020 - 6/2021
in violation of Title 18 U.S.C., Section(s) 3583(e)(3)
to wit: _____

A warrant for defendant's arrest was issued by: Judge Larry Burns

Bond of $ 0 was ☒ set / ☐ recommended.

Type of Bond: None

Relevant document(s) on hand (attach): WARRANT AND PROBATION VIOLATION PETITION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/6/21
            Date

_____[signature] #31083_____        STEVEN LIPSCOMB
Signature of Agent                   Print Name of Agent

US MARSHAL SERVICE                   DEPUTY MARSHAL
Agency                                Title