|  |  |
|---|---|
| **FILED** |  |
| CLERK, U.S. DISTRICT COURT |  |
| July 7, 2021 |  |
| CENTRAL DISTRICT OF CALIFORNIA |  |
| BY: ___DC___ DEPUTY |  |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:21MJ466- DUTY |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| James Alan Martinez | ) |  |
| Defendant. | ) |  |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern</u> District of <u>California</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

      ( )   information in the Pretrial Services Report and Recommendation

      ( )   information in the violation petition and report(s)

      ( )   the defendant's nonobjection to detention at this time

      ( )   other: _____

and/ or

B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (x) information in the Pretrial Services Report and Recommendation
    (x) information in the violation petition and report(s)
    ( ) the defendant's nonobjection to detention at this time
    ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 7, 2021

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE